IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DARRIUS BRYANT BELL, #149992, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:09-cv-1076-MEF |
| ) | WO |
| JAMES EDWARD SPENCER, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #21) to the Recommendation of the Magistrate Judge filed on February 16, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #16) entered on January 25, 2010 is adopted;

3. That plaintiff's challenge to the revocation of his probation is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

4. This case is referred back to the Magistrate Judge for further proceedings.

DONE this the 24th day of February, 2010.

                                                                /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE