IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRIUS BRYANT BELL, #149992, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:09-cv-1076-MEF |
| v. ) | |
| ) | |
| BOB RILEY, *et al.*, ) | (WO-DO NOT PUBLISH) |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. # 40) and the Plaintiff's Objections to that recommendation (Doc. # 41), the Court does not believe that the Plaintiff has met the criteria for obtaining a preliminary injunction. Specifically, the Plaintiff has failed to demonstrate (1) a substantial likelihood of success on the merits; (2) a substantial threat of irreparable injury; (3) that the threatened injury outweighs the potential damage to the non-moving party; and (4) that the injunction would not be adverse to the public interest. *See Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002).

Accordingly, it is hereby ORDERED:

1. The plaintiff's objection (Doc. #41) to the Recommendation of the Magistrate Judge filed on July 18, 2011 is overruled;

2. That the Recommendation of the Magistrate Judge (Doc. # 40) filed on June 30, 2011 is ADOPTED.

3.  The motion for preliminary injunction (Doc. #36) filed by plaintiff is DENIED.

4.  This case is referred back to the Magistrate Judge for additional proceedings.

Done this the 29th day of July, 2011.

                                        /s/ Mark E. Fuller
                              UNITED STATES DISTRICT JUDGE