IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRIUS BRYANT BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CV-1076-MEF |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 31, 2012, the Magistrate Judge filed a Recommendation (Doc. # 45) in this case. Plaintiff has an Objection. (Doc. # 46). After an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 45) is ADOPTED;

2. Plaintiff's Objection (Doc. # 46) is OVERRULED; and,

3. Defendants' motions for summary judgment (Docs. # 25, 30) on Plaintiff's § 1983 conditions of confinement, equal protection, and classification claims are GRANTED;

4. Plaintiff's challenge to the legality of his current incarceration is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and,

5. Plaintiff's challenge to the Alabama Community Notification Act

("ACNA") is DISMISSED without prejudice for lack of subject matter jurisdiction.

An appropriate final judgment will be entered.

DONE this the 9th day of July, 2012.

                                            /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE